IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TOMMY L. McCABE,                          )
                                          )
        Plaintiff,                        )
                                          )
        vs.                               )          CIVIL NO. 18-cv-2213-DGW[1]
                                          )
COMMISSIONER of SOCIAL SECURITY,          )
                                          )
        Defendant.                        )

**MEMORANDUM AND ORDER**

**WILKERSON, Magistrate Judge:**

Before the Court is the parties' Joint Motion for Remand for Further
Proceedings. **(Doc. 32)**.

The parties ask that this case be remanded for further proceedings
pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as
opposed to a sentence six remand) depends upon a finding of error, and is itself a
final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991);
*Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*,
195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment
should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-
303 (1993).

The parties agree that, upon remand, "the ALJ will evaluate whether the
claimant's impairments meet or medically equal Listing 1.04; evaluate the

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties
pursuant to 28 U.S.C. §636(c). See, Docs. 13, 16.

claimant's RFC, with citation to the medical evidence that supports each limitation assessed; evaluate the claimant's literacy; evaluate the record medical opinions; and obtain additional vocational evidence if warranted."

This case has a long history. Plaintiff applied for disability benefits in 2005. The case has been remanded twice. See, *McCabe v. Commissioner*, Case No. 14-cv-943-CJP, Doc. 27 (S.D.Ill. February 26, 2016). On a subsequent application for SSI, plaintiff was found to be disabled beginning on December 1, 2014. (Tr. 13). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Joint Motion for Remand for Further Proceedings **(Doc. 32)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: December 4, 2019.**

**DONALD G. WILKERSON**
**UNITED STATES MAGISTRATE JUDGE**